3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 7 2000

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA        §

             VS.                §   Criminal No. B-94-52

JOSE ANGEL FUENTES-RIVERA       §
(CA No. B000-123)

### GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

Jose Angel Fuentes-Rivera has filed a motion for relief under 28 U.S.C. § 2255. The undersigned attorney for the government is currently preparing several briefs to be filed in the Fifth Circuit Court of Appeals. Consequently, it is respectfully requested that an additional thirty days extension be granted in connection with the government's response.

Bill May, attorney for movant, has represented that he has no opposition to this request.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: JAMES L. POWERS
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that a copy of the foregoing request for extension was mailed on this *27* day of September to:

Bill May
6000 Staples
Suite 100
Corpus Christi, Tx 78413

JAMES L. POWERS
Assistant U.S. Attorney

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

CAB-00-145

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9-19-2000 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eddie Gonzalez | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 10th & Constitutional Ave.
N.W. Washington, D.C. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail United States Postal
Service 7099-3220-0001-2246-0029
delivered 9-19-2000

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/25/2000        Eddie ~~~~~
        Date            *Signature of Server*

Professional Civil Process
700 Paredes Ave. #208
Brownsville, Texas 78520
Tel. (210) 546-1313
        *Address of Server*

986 -

Michael N. Milby, Clerk of Court
SEP 27 2000
RECEIVED
United States District Court
Southern District of Texas

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:94-cv-00052  Document 3  Filed in TXSD on 04/13/1994  Page 4 of 4

# RETURN OF SERVICE

C A B-00-145

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/26/2000 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ABEL BETANCOURT, JR | Process Server |

*Check one box below to indicate appropriate method of service*

United States District Court
Southern District of Texas
FILED

SEP 2 7 2000

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Border Patrol, Agent In Charge Joe Erray by delivery to Perry Cronin, Asst Chief Patrol Agent 2310 S. Main St Mcallen Tx 78501

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/26/2000
Date
11:40 Am

Signature of Server _____

Address of Server _____

Professional Civil Process
700 Paredes Ave., #308
Brownsville, Texas 78520
Tel. (210) 546-1313

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

SUBSCRIBED AND SWORN TO ME
ON THE ___ DAY OF _____ 19___

NOTARY PUBLIC

Perry Cronin

Michael N. Milby, Clerk of Court

SEP 2 7 2000

United States District Court
Southern District of Texas
RECEIVED

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.